UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWIGHT CAMPBELL,

    Plaintiff,                        CIVIL ACTION NO. 05-72292

v.                                   DISTRICT JUDGE GERALD E. ROSEN

WONDERLAND MUSIC CO.,          MAGISTRATE JUDGE DONALD A. SCHEER

    Defendant.
_____/

ORDER DIRECTING SERVICE OF PROCESS

      Dwight Campbell filed a *pro se* diversity action on June 30, 2005, seeking restitution in the amount of $75, 086.00 against the above named defendant. Plaintiff was granted *in forma pauperis* status. *See*, 28 U.S.C. §1915. In accordance with 28 U.S.C. §1915 and Fed.R.Civ.P. 4(c)(2)(B)(I), the United States Marshal Service has unsuccessfully attempted to serve the Wonderland Music Company. The unexecuted summons was returned on January 12, 2006, with the notation "not at this address" handwritten across the envelope.

      Under §1915 and Rule 4, a *pro se* plaintiff proceeding *in forma pauperis* must rely on the United States Marshal, Deputy United States Marshal, or a person specially appointed by the Court for that purpose, for service of summons and complaint. Plaintiff filed a Motion for Defendant to Address Complaint on February 21, 2006, providing the court with another address to serve the defendant,

      IT IS ORDERED that the Clerk is directed to process the complaint for service.

The Clerk shall issue the summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant at the following address:

Wonderland Music Company
13519 Michigan Avenue
Dearborn, Michigan 48126

                                              S/Donald A. Scheer
                                              DONALD A. SCHEER
                                              United States Magistrate Judge

February 27, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 27, 2006.

                                              S/Gina Wilson
                                              Judicial Assistant